# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

State Farm Mutual Automobile Insurance Company
and
Patricia Love
c/o Zeehandelar, Sabatino & Associates, LLC
471 East Broad Street, Suite 1500
Columbus, Ohio  43215

      Plaintiffs,

vs.          Case No:
            Judge

United States Postal Service
1591 Dalton Ave., Room 345
Cincinnati, Ohio  45234

      Defendant.

## COMPLAINT FOR DAMAGES

  1.  Plaintiff, State Farm Mutual Automobile Insurance Company, is duly authorized to sell insurance in the state of Ohio and at all times hereinafter mentioned, had in full force and effect a policy of insurance which provided Collision and Rental coverage to Patricia Love (hereinafter referred to as the "Insured"). Said policy was subject to a $500.00 deductible.

  2.  On or about the 15th day of January, 2023, in Clay Township, Montgomery County, Ohio, Jesse Michael Burch, negligently operated a motor vehicle whereby he caused a collision to occur between the motor vehicle he was operating and a 2019 Chevrolet Equinox owned by the Insured.

3. At the time of the aforementioned collision, Jesse Michael Burch was operating the subject motor vehicle within the course and scope of his employment, and/or as an agent of the Defendant, United States Postal Service, thus making the Defendant vicariously liable for his actions.

4. As a direct and proximate result of said negligence, the Insured incurred damage to her 2019 Chevrolet Equinox in the amount of $11,784.72, necessitating towing services at a cost of $457.88 and the rental of a replacement vehicle at a cost of $1,072.85.

5. Pursuant to the aforementioned policy of insurance, Plaintiff, State Farm Mutual Automobile Insurance Company, was required to and did pay to and/or on behalf of its Insured the sum of $11,742.60 and $1,072.85 under the Collision and Rental coverage provisions, respectively, and is thereby subrogated in those amounts.

6. This Court has jurisdiction over this matter pursuant to 28 USC §1346 (b) (1).

7. Inasmuch as the incident occurred in Montgomery County, Ohio, this matter is properly venued pursuant to 28 USC § 1402 (b).

8. Because this action is brought pursuant to the FTCA, it is governed by the substantive law of the place where the act occurred pursuant to 28 USC § 1346(b). Therefore, Ohio law applies.

9. The Plaintiff has complied with all conditions precedent pursuant to § 28 USC 2675 (a) by submitting an executed Standard Form 95, Claim for Damage or Injury, to the US Postal Service Tort Claim Coordinator prior to initiating this action.

10. Said claim was presented on or about September 6, 2023, and no final disposition of the claim has yet been made. Accordingly, Plaintiff is exercising its option to consider this failure to be deemed a "final denial" pursuant to § 28 USC 2675.

11. Having filed this action within 6 months of the aforementioned "final denial", this action is timely filed pursuant to 28 USC §2401(b).

**WHEREFORE**, Plaintiff, State Farm Mutual Automobile Insurance Company, demands judgment against Defendant in the amount of $12,815.45 and Plaintiff, Patricia Love, demands judgment against Defendant in the amount of $500.00, plus costs and interest.

**ZEEHANDELAR, SABATINO & ASSOCIATES, LLC**

By: */s/ Steven J. Zeehandelar*
Steven J. Zeehandelar  0019561
Attorney for Plaintiffs
471 East Broad Street, Suite 1500
Columbus, Ohio 43215
Phone: (614) 458-1200 (File No. 23-288)
Fax:    (614) 458-1201
E-Mail: szeehandelar@zsa-law.com