UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, *et al*.,

    Plaintiffs,

vs.

UNITED STATES POSTAL SERVICE,

    Defendant.

Case No. 3:24-cv-89

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) CONDITIONALLY DISMISSING CASE WITH PREJUDICE; AND (2) TERMINATING THIS CASE ON THE DOCKET**

---

Pursuant to the parties' settlement and Fed. R. Civ. P. 41, this case is **CONDITIONALLY DISMISSED WITH PREJUDICE**, and **TERMINATED** on the docket provided that either party may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

November 19, 2024                                                   s/*Michael J. Newman*
                                                                              Hon. Michael J. Newman
                                                                              United States District Judge